## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:19-cr-10080-NMG |
| Plaintiff, | |
| vs. | |
| DAVID SIDOO, *et al.* | |
| Defendants. | |

### AMY AND GREGORY COLBURN'S MOTION TO PARTIALLY PROCEED EX PARTE ON MOTION FOR LEAVE TO SERVE RULE 17(C) SUBPOENA

Defendants Amy and Gregory Colburn ("the Colburns") respectfully move this Court for leave to partially proceed on an *ex parte* basis with respect to their forthcoming Motion for Leave to Serve Rule 17(c) Subpoenas ("Motion for Subpoenas"). The Colburns intend to seek leave of this Court to serve identical Rule 17(c) subpoenas on the College Board and its affiliate, Educational Testing Service ("ETS"), to produce targeted records that will assist the Colburns' defense at trial. The Colburns request permission to file the relevance and materiality arguments in support of the Motion for Subpoenas on an *ex parte* basis to avoid disclosing their trial strategy to the government. If the instant Motion is granted, the Colburns will file an unredacted version of the Motion for Subpoenas under seal with the Court and a redacted version on the public docket.

Proceeding on a partial *ex parte* basis in connection with a request for a Rule 17 subpoena is appropriate where disclosure would: "(i) divulge trial strategy, witness lists or attorney work-product; (ii) imperil the source or integrity of subpoenaed evidence; or (iii) undermine a fundamental privacy or constitutional interest of the defendant." *United States v. Beckford*, 964 F.Supp. 1010, 1030 (E.D. Va. 1997); *see also United States v. Gomez*, No. 19-MJ-

1

4160 JHR, 2019 U.S. Dist. LEXIS 208621, at *6 (D.N.M. Dec. 4, 2019) (same); *United States v. Clason*, No. CR-05-870-PHX-DGC, 2007 U.S. Dist. LEXIS 30821, at *5 (D. Ariz. Apr. 23, 2007) (same); *United States v. Tomison*, 969 F. Supp. 587, 595 (E.D. Cal. 1997) (same). This Court has previously permitted a defendant in this case to partially proceed *ex parte* in similar circumstances. *See* ECF No. 431.

In the Motion for Subpoenas, the Colburns explain, as they must, why the requested documents are relevant and material to their defense. *See United States v. Nixon*, 418 U.S. 683, 1974). This explanation necessarily discloses portions of the Colburns' trial strategy, trial preparation, and their anticipated defenses. Defendants should not be put in the position where they must choose between disclosing trial strategy or forgoing efforts to secure documents that are critical to their defense. Moreover, the government will not be prejudiced by the Colburns' partial *ex parte* filing, as the government may seek pre-trial production of evidence without divulging *its* trial strategy to the defendants. *See Beckford*, 964 F. Supp. At 1028 ("[Rule 17(c)] is uniquely even-handed in its approach to applications from defendants and the Government.") (citation omitted)).

WHEREFORE the Colburns respectfully request that the Court allow the instant Motion and authorize them to partially proceed on an *ex parte* basis with respect to their Motion for Subpoenas.

Respectfully submitted,


/s/ *David S. Schumacher*
David S. Schumacher (BBO #647917)
HOOPER, LUNDY & BOOKMAN, P.C.
470 Atlantic Avenue, Suite 1201
Boston, MA 02210
(617) 532-2700
(617) 345-3927 (fax)
dschumacher@health-law.com

Patric Hooper (*Pro Hac Vice*)
HOOPER, LUNDY & BOOKMAN, P.C.
1875 Century Park East, Suite 1600
Los Angeles, California 90067-2517
(310) 551-8111
(310) 551-8181 (fax)
phooper@health-law.com

Jordan Kearney (*Pro Hac Vice*)
HOOPER, LUNDY & BOOKMAN, P.C.
575 Market Street, Suite 2300
San Francisco, CA 94105
(415) 875-8500
(415) 875-8519 (fax)
jkearney@health-law.com

**Counsel for Amy and Gregory Colburn**

DATED: January 14, 2020

## RULE 7.1 CERTIFICATION

Undersigned counsel certifies that, on January 10, 2010, he conferred with counsel for the government, and the government takes no position on this Motion.

## CERTIFICATE OF SERVICE

I, David S. Schumacher, counsel for the Defendant, hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF and paper copies will be sent to those indicated as non-registered participants on January 14, 2020.

*David S. Schumacher*
David S. Schumacher

5923371.1