UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DAVID SIDOO, *et al.*,<br><br>Defendants. | Crim. No. 19-cr-10080-NMG |

**JOINT PROPOSED
PRE-TRIAL DISCLOSURE SCHEDULE
FOR TRIAL COMMENCING JANUARY 11, 2021**

The Defendants in the trial scheduled to commence on January 11, 2021, Gregory Colburn, Amy Colburn, I-Hsin Chen, Elisabeth Kimmel, William McGlashan, Jr., and Marci Palatella, and the Government respectfully submit the proposed pre-trial disclosure and filing schedule for the Court's consideration. The parties believe that schedule outlined below will allow that trial to proceed as scheduled.

| Event | Trial January 11, 2021: Proposed Dates |
|---|---|
| Government Expert Disclosures | 10/13: 90 days before trial |
| Reciprocal Discovery From Defendants | 10/23: 80 days before trial |
| Government Exhibit/ Witness Lists | 11/2: 70 days before trial |
| Defense Expert Disclosures | 11/12: 60 days before trial |
| Defense Exhibit/ Witness Lists | 12/2: 40 days before trial |
| Meet/Confer On Documents, Etc. | 12/7: 35 days before trial |
| Rebuttal Expert Disclosures | 12/11: 31 days before trial |
| All Parties Motions in Limine, Voir Dire, Jury Instructions | 12/15: 27 days before trial |
| All Responses to Motions in Limine, Voir Dire, Jury Instructions | 12/22: 20 days before trial |

**CONCLUSION**

WHEREFORE, the Defendants and the Government respectfully requests that this Court

*Joint proposed schedule is hereby adopted.*

*NMGorton, USDJ 6/1/20*

1

adopt the proposed pre-trial disclosure schedule.

Respectfully Submitted,

**ANDREW E. LELLING**
**UNITED STATES ATTORNEY**

/s/ *Justin D. O'Connell*
JUSTIN D. O'CONNELL
ERIC S. ROSEN
LESLIE A. WRIGHT
KRISTEN A. KEARNEY
Assistant United States Attorneys
John Joseph Moakley Courthouse
One Courthouse Way, Suite 9200
Boston, Massachusetts 02210
Tel: (617)-748-3100
Eric.Rosen@usdoj.gov
Justin.O'Connell@usdoj.gov
Leslie.Wright@usdoj.gov
Kristen.Kearney@usdoj.gov

**MARCI PALATELLA**

By her attorneys,

/s/ *Michael K. Loucks*
Michael K. Loucks (BBO # 305520)
Skadden, Arps, Slate, Meagher & Flom LLP
500 Boylston Street
Boston, MA 02116
617-573-4840
michael.loucks@skadden.com

Jack P. DiCanio (*pro hac vice*)
Allen J. Ruby (*pro hac vice*)
Skadden, Arps, Slate, Meagher & Flom LLP
525 University Avenue
Palo Alto, CA 94301
650-470-4500
allen.ruby@skadden.com
jack.dicanio@skadden.com

**ELISABETH KIMMEL**

By her attorneys,

/s/ *Cory S. Flashner*
R. Robert Popeo (BBO # 403360)
Mark E. Robinson (BBO # 423080)
Eóin P. Beirne (BBO # 660885)
Cory S. Flashner (BBO # 629205)
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY
AND POPEO, P.C.
One Financial Center
Boston, MA 02111
(617) 348-1707 (telephone)
(617) 542-2241 (fax)
rpopeo@mintz.com
mrobinson@mintz.com
ebeirne@mintz.com
cflashner@mintz.com

**I-HSIN "JOEY" CHEN**

By his attorneys,

/s/ *Reuben Camper Cahn*
Reuben Camper Cahn (pro hac vice)
Jennifer L. Keller (pro hac vice)
Chase A. Scolnick (pro hac vice)
KELLER/ANDERLE LLP
18300 Von Karman Avenue, Suite 930
Irvine, CA 92612
Tel: (949) 476-8700
rcahn@kelleranderle.com

| | |
|---|---|
| AMY COLBURN AND GREGORY COLBURN<br><br>By their attorneys,<br><br>*/s/ David S. Schumacher*<br>David S. Schumacher (BBO # 647917)<br>HOOPER, LUNDY & BOOKMAN, P.C.<br>470 Atlantic Avenue, Suite 1201<br>Boston, MA 02210<br>(617) 532-2700<br>dschumacher@health-law.com<br><br>Patric Hooper (*Pro Hac Vice*)<br>HOOPER, LUNDY & BOOKMAN, P.C.<br>1875 Century Park East, Suite 1600<br>Los Angeles, California 90067-2517<br>(310) 551-8111<br>phooper@health-law.com<br><br>Jordan Kearney (*Pro Hac Vice*)<br>HOOPER, LUNDY & BOOKMAN, P.C.<br>575 Market Street, Suite 2300<br>San Francisco, CA 94105<br>(415) 875-8500<br>jkearney@health-law.com | WILLIAM McGLASHAN, JR.<br><br>By his attorneys,<br><br>*/s/ Jack W. Pirozzolo*<br>Jack W. Pirozzolo (BBO #564879)<br>jpirozzolo@sidley.com<br>SIDLEY AUSTIN LLP<br>60 State Street, 36th Floor<br>Boston, MA 02109<br>Tel: (617) 223-0304<br><br>Joan M. Loughnane (*pro hac vice*)<br>jloughnane@sidley.com<br>SIDLEY AUSTIN LLP<br>787 7th Avenue<br>New York, NY 10019<br>Tel: (212) 839-5567<br><br>*/s/ John C. Hueston*<br>John C. Hueston (*pro hac vice*)<br>Marshall Camp (*pro hac vice*)<br>HUESTON HENNIGAN LLP<br>523 W. 6th Street, Suite 400<br>Los Angeles, CA 90014<br>Tel: (213) 788-4340<br>jhueston@hueston.com<br>mcamp@hueston.com |

Dated: May 12, 2020

3

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

I, Cory S. Flashner, hereby certify that counsel did confer with counsel for the government regarding this motion and the government joins in this motion.

/s/ Cory S. Flashner
Cory S. Flashner

## CERTIFICATE OF SERVICE

I, Cory S. Flashner, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 12, 2020.

/s/ Cory S. Flashner
Cory S. Flashner

Dated: May 12, 2020