# JONES DAY

250 VESEY STREET • NEW YORK, NEW YORK 10281.1047
TELEPHONE: +1.212.326.3939 • FACSIMILE: +1.212.755.7306

FILED
IN CLERKS OFFICE

2020 AUG -6  AM 8: 48

U.S. DISTRICT COURT
DISTRICT OF MASS.

DIRECT NUMBER: (212) 326-3808
JLOONAM@JONESDAY.COM

July 9, 2020

<u>VIA UPS</u>

Clerk of the Court
John Joseph Moakley U.S. Courthouse
Courtroom 24, 7th Floor
1 Courthouse Way
Boston, MA 022107

    Re:    <u>United States of America v. David Sidoo, et. al.,  Case No. 1:19-cr-10080-NMG</u>

Dear Clerk of the Court:

Enclosed please find Educational Testing Service's responses and objections to the Subpoena to Produce Documents, Information, or Objects in a Criminal Case in the above-captioned matter, dated May 15, 2020, which is attached hereto. The enclosed encrypted file is Bates stamped DS_0000001 through DS_0000634. The password for the encryption will be provided to requesting counsel via email.

                          Very truly yours,

                          /s/ *James P. Loonam*

                          James P. Loonam

Enclosures

cc:    Michael Loucks, Esq. (via email)
        Jack DiCanio, Esq. (via email)
        Emily Reitmeier, Esq. (via email)