# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>*v.*<br><br>GREGORY COLBURN, *et al.*,<br><br>Defendants. | Case No. 1:19-cr-10080-NMG |

## DEFENDANTS' ASSENTED-TO MOTION FOR LEAVE TO FILE DECLARATIONS *EX PARTE* AND UNDER SEAL

Defendants I-Hsin "Joey" Chen, Amy Colburn, Gregory Colburn, Elisabeth Kimmel, William McGlashan, and Marci Palatella (the "Moving Defendants"), with the assent of the government, respectfully move for leave to file declarations in support of their Assented-To Motion to Continue January 2021 Trial (the "Motion to Continue") (ECF No. 1512) *ex parte* and under seal.

As grounds for this motion, the Moving Defendants state that the declarations in support of their Motion to Continue contain confidential health and medical information concerning the Moving Defendants and their counsel.  These declarations will provide the Court with additional information regarding the particular circumstances of the Moving Defendants and their counsel that bear upon the Court's consideration of the Motion to Continue.

**WHEREFORE**, the Moving Defendants respectfully request that their motion to file under seal and *ex parte* the declarations in support of their Motion to Continue be GRANTED.

1

Respectfully submitted,

*/s/ Eóin P. Beirne*
R. Robert Popeo (BBO No. 403360)
Mark E. Robinson (BBO No. 423080)
Eóin P. Beirne (BBO No. 660885)
Cory S. Flashner (BBO No. 629205)
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY
& POPEO, P.C.
One Financial Center
Boston, MA 02111
617-348-1707 (telephone)
617-542-2241 (fax)
rrpopeo@mintz.com
merobinson@mintz.com
epbeirne@mintz.com
csflashner@mintz.com

*Counsel for Elisabeth Kimmel*

Date: October 7, 2020

## **RULE 7.1 CERTIFICATION**

Undersigned counsel certifies that, on October 7, 2020, he conferred with counsel for the government, and the government assents to this Motion.

## **CERTIFICATE OF SERVICE**

I, Eóin P. Beirne, hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF, and paper copies will be sent to those indicated as non-registered participants on October 7, 2020.

*/s/ Eóin P. Beirne*
Eóin P. Beirne (BBO # 660885)