# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GREGORY COLBURN, *et al.*<br><br>Defendants. | Case No. 1:19-cr-10080-NMG |

### AMY COLBURN, GREGORY COLBURN, AND I-HSIN "JOEY" CHEN'S MOTION FOR LEAVE TO FILE BRIEF REPLY IN FURTHER SUPPORT OF MOTION TO TRANSFER

Pursuant to Local Rule 7.1(b)(3), Defendants Amy and Gregory Colburn and I-Hsin "Joey" Chen respectfully move this Court for leave to file a Reply of no more than five pages in further support of their motion to transfer their portion of the indictment in this matter to the Central District of California.

As grounds for this request, the Colburns and Mr. Chen state that (1) the government raised matters in its Opposition (ECF No. 1892) that could not have been anticipated by the moving defendants that require a response, and (2) the Colburns and Mr. Chen have additional information to provide the Court in further support of their Motion. A brief Reply will provide the Court with important additional information and context to fairly adjudicate the Motion to Transfer.

WHEREFORE the Colburns and Mr. Chen respectfully request that the Court allow the instant Motion and authorize them to submit a Reply, not to exceed five pages in length.

1

2

                Respectfully Submitted

                *David S. Schumacher*
                David S. Schumacher
                Patric Hooper (*pro hac vice*)
                Jordan Kearney (*pro hac vice*)
                HOOPER, LUNDY & BOOKMAN, P.C.
                470 Atlantic Avenue, Suite 1201
                Boston, Massachusetts 02210
                (617) 532-2700
                dschumacher@health-law.com

                *Attorneys for AMY COLBURN and GREGORY COLBURN*

                *Reuben Camper Cahn*
                Reuben Camper Cahn (*pro hac vice*)
                KELLER/ANDERLE LLP
                18300 Von Karman Avenue, Suite 930
                Irvine, California 92612
                Tel. (49) 476-8700
                rcahn@kelleranderle.com

                  *Counsel for I-Hsin "Joey" Chen*

DATED: June 11, 2021

## RULE 7.1 CERTIFICATION

Undersigned counsel certifies that, on June 11, 2021, he conferred with counsel for the government, and the government takes no position on this Motion.

*David S. Schumacher*
David S. Schumacher

## CERTIFICATE OF SERVICE

I, David S. Schumacher, counsel for the Defendant, hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF and paper copies will be sent to those indicated as non-registered participants on June 11, 2021.

*David S. Schumacher*
David S. Schumacher