UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>v.<br><br>AMY COLBURN, et al.,<br><br>           Defendants. | Case No.: 19-cr-10080-NMG |

## MOTION SEEKING ENTRY OF ORDER
## REQUIRING APPEARANCE OF COUNSEL

Defendants Amy Colburn and Gregory Colburn respectfully move this Court to enter the attached Proposed Order, requiring one of their trial counsel, Patric Hooper, to appear for trial on January 11, 2022, and continuing thereafter until the conclusion of the trial in this matter.

On June 15, 2021, this Court ordered that Defendants Amy Colburn, Gregory Colburn, and I-Hsin Chen shall stand trial in the matter of *United States v. Colburn et al.* Criminal Action No. 19-10080-NMG, on January 11, 2022, in the District Court for the Federal District of Massachusetts. The Court denied the United States' motion to change this trial date for the Colburns on July 15, 2021.

One of the Colburns' trial counsel, Mr. Hooper, had a prior civil trial scheduled in the United States District Court, Central District of California, Western Division. That trial was set to begin on January 8, 2022, and is expected to last at least two weeks. This Court has stated that this criminal matter, which is over two years old, should take precedence over a civil trial. Thus, the Colburns' counsel have prepared this proposed order requiring Mr. Hooper's appearance for this trial so as to resolve the conflict in his trial schedule.

1

WHEREFORE, Defendants Amy Colburn and Gregory Colburn respectfully request that the Court enter the attached Proposed Order.

Dated:  July 19, 2021  Respectfully submitted,

*/s/ Patric Hooper*
Patric Hooper (*pro hac vice*)
HOOPER, LUNDY & BOOKMAN, P.C.
1875 Century Park East
Suite 1600
Los Angeles, CA 90067
Tel. (310) 551-8165
phooper@health-law.com

*Counsel for Defendants AMY COLBURN and GREGORY COLBURN*

## **CERTIFICATE OF SERVICE**

In accordance with Local Rule 5.2(b), I, Patric Hooper, hereby certify that on July 19, 2021, this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ Patric Hooper*
Patric Hooper (*pro hac vice*)