UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No.: 19-10080-NMG |
| | ) |
| GREGORY COLBURN, *et al.*, | ) |
| | ) |
| Defendants | ) |
| | ) |

**GOVERNMENT'S MOTION TO DISMISS
COUNT THREE OF THE FOURTH SUPERSEDING INDICTMENT**

The government respectfully moves to dismiss Count Three of the Fourth Superseding Indictment, charging the remaining defendants with money laundering conspiracy, in violation of Title 18, United States Code, Section 1956(h).

Respectfully submitted,

NATHANIEL R. MENDELL
Acting United States Attorney

By: */s/ Leslie A. Wright*
JUSTIN D. O'CONNELL
KRISTEN A. KEARNEY
LESLIE A. WRIGHT
STEPHEN E. FRANK
IAN J. STEARNS
Assistant United States Attorneys

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

Dated: August 6, 2021

*/s/ Leslie A. Wright*
LESLIE A. WRIGHT

*Motion allowed. /s/ NMGorton, USDJ 08/09/2021*