UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>GREGORY COLBURN, et al.,<br><br>Defendants. | Case No. 1:19-CR-10080-NMG |

**DEFENDANTS AMY COLBURN AND GREGORY COLBURN'S WITNESS LIST**

Defendants Amy and Gregory Colburn (the "Colburns") respectfully submit the attached list of potential witnesses for the January 2022 trial. In addition to the witnesses identified in Exhibit A, the Colburns adopt and incorporate by reference the witnesses identified by defendant I-Hsin "Joey" Chen. The Colburns further reserve the right to rely upon any witnesses identified by the government, without waiving any rights to dispute the admissibility or relevance of any witnesses on the government's list or their co-defendant's list. Finally, the Colburns reserve the right to supplement this list with reasonable notice to the government, including if the government fails to call a witness on its witness list.

Respectfully submitted,

        AMY COLBURN AND GREGORY COLBURN

        By their attorneys,

        /s/*David S. Schumacher*
        David S. Schumacher (BBO #647917)
        Angela J. Benoit (BBO #703213)
        HOOPER, LUNDY & BOOKMAN, P.C.
        470 Atlantic Avenue, Suite 1201
        Boston, MA 02210
        (617) 532-2700
        (617) 345-3927 (fax)
        dschumacher@health-law.com
        abenoit@health-law.com

        Patric Hooper (*Pro Hac Vice*)
        HOOPER, LUNDY & BOOKMAN, P.C.1875
        Century Park East, Suite 1600
        Los Angeles, California 90067-2517
        (310) 551-8111
        (310) 551-8181 (fax)
        phooper@health-law.com

        Jordan Kearney (*Pro Hac Vice*)
        HOOPER, LUNDY & BOOKMAN, P.C.
        575 Market Street, Suite 2300
        San Francisco, CA 94105
        (415) 875-8500
        (415) 875-8519 (fax)
        jkearney@health-law.com

DATED: November 19, 2021

**CERTIFICATE OF SERVICE**

      I, David S. Schumacher, counsel for Amy Colburn and Gregory Colburn, hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to those indicated as non-registered participants on November 19, 2021.

                                                                 /s/*David S. Schumacher*
                                                                   David S. Schumacher

# EXHIBIT A

7145181.1

4

| Name | Entity/Location |
| --- | --- |
| Abbot, Samantha | Federal Bureau of Investigation Boston, MA |
| Brown, Keith | Federal Bureau of Investigation Boston, MA |
| Colburn, Amy | Palo Alto, CA |
| Colburn, Gregory | Palo Alto, CA |
| Custodian of Records and/or Corporate Representative | The College Board New York, NY |
| Dvorskiy, Igor | Sherman Oaks, CA |
| Hernandez, Roman | Internal Revenue Service Boston, MA |
| Hoyland, Kevin | Federal Bureau of Investigation Boston, MA |
| Huneeus, Agustina | Napa, CA |
| Keating, Elizabeth | Internal Revenue Service Boston, MA |
| King, Jamaal | Federal Bureau of Investigation Quantico, VA |
| Masera, Steven | Folsom, CA |
| Ranahan, Colleen | Internal Revenue Service Boston, MA |
| Rickford, Luke | Palo Alto, CA |
| Riddell, Mark | Palmetto, FL |
| Sanford, Mikaela | Locust Grove, GA |
| Sartorio, Peter Jan | Menlo Park, CA |
| Sartorio, Tracy | Menlo Park, CA |

| Name | Entity/Location |
|---|---|
| Singer, William | St. Petersburg, FL |
| Summary Witness/Forensic Accountant | Federal Bureau of Investigation<br>Boston, MA |
| Wilkinson, Mark | Palo Alto High School<br>Palo Alto, CA |