UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>AMY COLBURN, et al.,<br><br>Defendants. | Case No. 1:19-CR-10080-NMG |

**AMY COLBURN'S UNOPPOSED MOTION TO AMEND JUDGMENT**

Defendant Amy Colburn ("Mrs. Colburn"), respectfully requests that the Court amend its Judgment to reflect a judicial recommendation that Mrs. Colburn be designated to the Dublin Federal Correctional Institute's minimum security satellite camp ("FCI Dublin Camp"). The government does not oppose this Motion.

On April 14, 2022, the Court held a sentencing hearing regarding Mrs. Colburn. During the hearing, the Court agreed to recommend that Mrs. Colburn serve her sentence at FCI-Dublin, and that recommendation appears in the Judgment. *See* ECF No. 2601. FCI-Dublin contains a federal correctional institute as well as the FCI Dublin Camp. Based on the nature and circumstances of the offense and Mrs. Colburn's lack of criminal history, Mrs. Colburn respectfully requests that the Court amend the Judgment to reflect a judicial recommendation that Mrs. Colburn be designated to the FCI Dublin Camp.

WHEREFORE, Mrs. Colburn respectfully request that the Court allow the instant unopposed Motion and amend the Judgment in this matter to include a recommended designation to the FCI Dublin Camp.

7201758.2

Dated: April 26, 2022

        Respectfully submitted,

        /s/ David. S. Schumacher
        David S. Schumacher (BBO #647917)
        Angela J. Benoit (BBO #703213)
        HOOPER, LUNDY & BOOKMAN, P.C.
        470 Atlantic Avenue, Suite 1201
        Boston, MA 02210
        (617) 532-2700
        (617) 345-3927 (fax)
        dschumacher@health-law.com
        abenoit@health-law.com

        Patric Hooper (*Pro Hac Vice*)
        HOOPER, LUNDY & BOOKMAN, P.C.
        1875 Century Park East, Suite 1600
        Los Angeles, California 90067-2517
        (310) 551-8111
        (310) 551-8181 (fax)
        phooper@health-law.com

        Jordan Kearney (*Pro Hac Vice*)
        HOOPER, LUNDY & BOOKMAN, P.C.
        575 Market Street, Suite 2300
        San Francisco, CA 94105
        (415) 875-8500
        (415) 875-8519 (fax)
        jkearney@health-law.com

        *Counsel for Defendants Amy Colburn and Gregory Colburn*

## LOCAL RULE 7.1 CERTIFICATION

I, David S. Schumacher, hereby certify that, on April 26, 2022, I conferred with counsel for the government regarding this Motion. The government does not oppose this Motion.

        /s/ *David S. Schumacher*
        David S. Schumacher
        *Counsel for Defendants Amy Colburn and Gregory Colburn*

## CERTIFICATE OF SERVICE

In accordance with Local Rule 5.2(b), I, David S. Schumacher, hereby certify that on April 26, 2022, this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ David S. Schumacher*
David S. Schumacher
*Counsel for Defendants Amy Colburn and Gregory Colburn*
